UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK,<br><br>Plaintiff,<br><br>vs.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) FEBRUARY 14, 2012<br>) |

## REVISED FIRST MOTION FOR EXTENSION OF TIME REGARDING RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to L. R. Civ. P. 7(b), the plaintiff, William M. Kutik ("Kutik"), respectfully moves for an extension of time to file his objections and responses to the Interrogatories and Requests for Production of SharedXpertise Media, LLC ("SharedXpertise") dated January 17, 2012.

Plaintiff's counsel requires this 30-day extension to provide sufficient time to prepare responses to the subject interrogatories and document requests, especially in light of Plaintiff being on the road for two weeks recently.

Accordingly, Kutik moves for an extension of time of thirty days, to and including March 16, 2012, to file his objections and responses to SharedXpertise's Interrogatories and Requests for Production dated January 17, 2012.

**ORAL ARGUMENT NOT REQUESTED**

On February 7, 2012, the Defendant, by its counsel, Eric Osterberg, objected to the extension of time requested herein.

This is Kutik's first motion regarding the discovery requests that are the subject of this motion.

                THE PLAINTIFF,

                By: /s/ Stewart I. Edelstein
                Stewart I. Edelstein, Esq.
                Federal Bar No. ct [ct06021]
                Cohen and Wolf, P.C.
                1115 Broad Street
                Bridgeport, CT 06604
                (203) 368-0211

## CERTIFICATION OF SERVICE

I hereby certify that on February 14, 2012, a copy of the foregoing Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                          /s/ Stewart I. Edelstein  
                                          Stewart I. Edelstein