UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SHAREDXPERTISE MEDIA, LLC, ) | |
| ) | |
| Defendant. ) | FEBRUARY 24, 2012 |
| ) | |

### JOINT MOTION FOR EXTENSION OF TIME REGARDING RESPONSES TO INTERROGATORIES AND REQUESTS FOR PRODUCTION

Pursuant to L. R. Civ. P. 7(b), the parties respectfully move for an extension of time to file their respective objections and responses to the Interrogatories and Requests for Production.

Through discussions between the parties, they have agreed to an extension of time of thirty days, to and including March 19, 2012 for the Plaintiff to file his responses to SharedXpertise's Interrogatories and Requests for Production dated January 17, 2012; and an extension of time of thirty days, to and including March 22, 2012, for the Defendant to file its responses to Kutik's Interrogatories and Requests for Production dated January 20, 2012.

**ORAL ARGUMENT NOT REQUESTED**

This is the parties' first joint motion regarding the discovery requests that are the subject of this motion, and Plaintiff's second motion regarding discovery requests that are the subject of this motion.

| THE DEFENDANT, | THE PLAINTIFF, |
|---|---|
| SHAREDXPERTISE MEDIA, LLC | WILLIAM M. KUTIK, |
| | |
| By: /s/ Eric C. Osterberg | By: /s/ Stewart I. Edelstein |
| Eric C. Osterberg, Esq. | Stewart I. Edelstein, Esq. |
| Federal Bar No. ct22679 | Federal Bar No. ct06021 |
| Fox Rothschild LLP | Cohen and Wolf, P.C. |
| One Landmark Square, 21st FL | 1115 Broad Street |
| Stamford, CT 06901 | Bridgeport, CT 06604 |
| (203) 425-9500 | (203) 368-0211 |

## CERTIFICATION OF SERVICE

I hereby certify that on February 24, 2012, a copy of the foregoing Motion for Extension of Time was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                 /s/ Stewart I. Edelstein
                                                  Stewart I. Edelstein