UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| SHAREDXPERTISE MEDIA, LLC, | ) ) |
| Defendant. | ) MARCH 15, 2012 ) |

## MOTION TO DISQUALIFY DEFENDANT'S COUNSEL

Plaintiff, William M. Kutik ("Kutik") hereby moves to disqualify Fox Rothschild, LLP as counsel for defendant SharedXpertise Media, LLP in connection with this case for the reasons set forth in the accompanying Memorandum in Support of Motion to Disqualify Defendant's Counsel. In further support of this Motion to Disqualify Defendant's Counsel, Kutik also submits the Declarations of Rebecca McKenna and William M. Kutik, and the First Request for Production of Documents of defendant SharedXpertise Media, LLP.

THE PLAINTIFF,

By: /s/ Stewart I. Edelstein
Stewart I. Edelstein, Esq.
Federal Bar No. ct [ct06021]
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211

**ORAL ARGUMENT NOT REQUESTED**

## CERTIFICATION OF SERVICE

I hereby certify that on March 15, 2012, a copy of the foregoing Motion to Disqualify Defendant's Counsel, Fox Rothschild, LLP was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                            /s/ Stewart I. Edelstein
                                              Stewart I. Edelstein