# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK, <br><br> Plaintiff, <br><br> v. <br><br> SHAREDXPERTISE MEDIA, LLC, <br><br> Defendant. | Civil Action No. 3:11-CV-00605-JBA <br><br> **DECLARATION OF WILLIAM M. KUTIK IN SUPPORT OF MOTION TO DISQUALIFY FOX ROTHSCHILD LLP** |

WILLIAM M. KUTIK does hereby depose and say:

1. I am a consultant with LRP Publications, Inc. ("LRP"), located at 360 Hiatt Drive, Palm Beach Gardens, FL 33418. I respectfully submit this declaration in support of the motion of Plaintiff William M. Kutik ("Mr. Kutik") to disqualify Fox Rothschild LLP ("Fox") from representing SharedXpertise Media, LLC ("SharedXpertise") in this case.

2. I submit this declaration based upon my personal knowledge. If called as a witness, I could and would testify competently to the matters described herein.

3. I am a Connecticut resident and consultant with LRP working under a 10-year contract that runs through 2020. I am responsible for programming and serving as the Conference Co-Chair for LRP's signature conference, the HR Technology Conference and Exposition, and have done so for 15 years since the conference's inception in 1998.

4.  LRP's HR Technology Conference and Exposition is the world's largest human resources conference focused on technology. LRP directly conducts its business of programming the HR Technology Conference and Exposition through me as the Conference Co-Chair. My role is similar to that of a vice-president if I were an employee of LRP rather than a consultant. As Conference Co-Chair, I am the face and voice of LRP's HR Technology Conference & Exposition, and the person most identified with it. Visitors to the conference's website, http://www.hrtechnologyconference.com, are currently greeted by a promotional video of me speaking about attendees' reviews of the conference.

5.  Regarding this case, SharedXpertise's April 1, 2011 false press release directly involved my role as a consultant with LRP as Conference Co-Chair of LRP's HR Technology Conference & Exposition. SharedXpertise's false press release falsely claimed that I would be retiring from the human resources business. On April 1, 2011 or any time prior to that, I was not retiring from or considering retiring from the human resources business. I never spoke with anyone from SharedXpertise or anyone else about my desire or intention to leave the human resources business because that was not something that I was considering. I did not consent to SharedXpertise's use of my name or information linked to me in their false press release. I continue to work as a consultant with LRP and as Conference Co-Chair of LRP's HR Technology Conference & Exposition.

6.  My attorneys, Proskauer Rose, LLP, serve as "of counsel" to me in this Connecticut action, and serve as counsel for LRP in the action LRP brought against SharedXpertise in an action pending in the United States District Court for the Southern

District of Florida (Case No. 11-80395-CIV-MARRA/HOPKINS). Attorneys at Proskauer Rose, LLP, will file *pro hac vice* admission applications in this Connecticut action.

7.   My income as a consultant to LRP depends, in part, on how many people attend LRP's HR Technology Conference & Exposition. Accordingly, harm to LRP with regard to the HR Technology Conference & Exposition causes harm to me, and *vice versa*.

Pursuant to 28 U.S.C. Sec. 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 14, 2012

*William M. Kutik*
WILLIAM M. KUTIK