## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

### CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) |
| SHAREDXPERTISE MEDIA, LLC, | ) ) |
| Defendant. | ) MARCH 15, 2012 ) |

### MOTION FOR PROTECTIVE ORDER
### OF PLAINTIFF WILLIAM M. KUTIK

Plaintiff, William M. Kutik, ("Kutik") hereby moves this Court for a protective order pursuant to Fed. R. Civ. P. 26(c) prohibiting the disclosure of documents in response to the First Request for Production of Documents of defendant SharedXpertise Media, LLC ("SharedXpertise") dated January 17, 2012 (the "Document Requests") until 7 days after the Court rules on Kutik's Motion to Disqualify Counsel dated March 15, 2012 (the "Motion to Disqualify").

As more fully set forth in Kutik's Memorandum of Law in Support of Motion to Disqualify, Kutik is a consultant for LRP Publications ("LRP"). Fox Rothschild LLP ("Fox"), counsel for SharedXpertise in this action, previously represented LRP and gained confidential information in that representation which relates to the documents sought in the Document Requests. Because Fox may have confidential information or knowledge about LRP which could disadvantage Kutik in this action, Kutik respectfully moves that this Court

enter a protective order in favor of Kutik, prohibiting the disclosure of documents in response to the Document Requests until 7 days after the Court rules on the Motion to Disqualify.

Counsel for Kutik hereby certifies that, in accordance with Fed. R. Civ. P. 26(c)(1), on March 15, 2012, he conferred in good faith with Eric C. Osterberg, counsel for the defendant, in an effort to resolve the dispute which gives rise to this Motion for Protective Order, without requiring any court action. Despite that good faith conference, counsel were unable to resolve the issues that give rise to the filing of this Motion.

>THE PLAINTIFF,
>WILLIAM M. KUTIK,
>
>By: /s/ Stewart I. Edelstein
>Stewart I. Edelstein, Esq.
>Federal Bar No. ct06021
>Cohen and Wolf, P.C.
>1115 Broad Street
>Bridgeport, CT 06604
>(203) 368-0211

## CERTIFICATION OF SERVICE

I hereby certify that on March 15, 2012, a copy of the foregoing Motion for Protective Order was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ Stewart I. Edelstein
Stewart I. Edelstein