UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SHAREDXPERTISE MEDIA, LLC, )<br>)<br>Defendant. )<br>) | MARCH 15, 2012 |

## MOTION TO REVISE SCHEDULING ORDER

William Kutik hereby moves to revise the scheduling order in this case, which issued on February 1, 2012 as "Order of Referral," to extend the time for all parties to disclose expert reports and take expert depositions, based on the following:

1. The present scheduling order requires that Mr. Kutik disclose expert reports by March 15, 2012.

2. It would be premature for Mr. Kutik to disclose any expert reports before fact discovery, which has not yet commenced.

**ORAL ARGUMENT NOT REQUESTED**

3. Accordingly, Mr. Kutik seeks the following changes in the scheduling order:

|  | Existing | Proposed |
|---|---|---|
| Plaintiff's expert report | March 15, 2012 | June 1, 2012 |
| Completion of fact discovery | June 15, 2012 | June 15, 2012 |
| Defendant's expert report | May 15, 2012 | July 2, 2012 |
| Deposition of plaintiff's expert | April 15, 2012 | August 1, 2012 |
| Deposition of defendant's expert | June 15, 2012 | August 1, 2012 |

4. On March 15, 2012, the undersigned discussed the proposed deadlines in this motion with Eric Osterberg, counsel for SharedXpertise Media, LLC. Attorney Osterberg stated that he could not advise the undersigned of his client's position on this motion at this time.

5. This is Mr. Kutik's first motion addressed to the scheduling order.

THE PLAINTIFF,

By: /s/ Stewart I. Edelstein
Stewart I. Edelstein, Esq.
Federal Bar No. ct [ct06021]
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211

## CERTIFICATION OF SERVICE

I hereby certify that on March 15, 2012, a copy of the foregoing Motion to Revise Scheduling Order was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                   /s/ Stewart I. Edelstein
                                                     Stewart I. Edelstein