UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kutik,<br>    *Plaintiff*,<br><br>    *v.*<br><br>Sharedxpertise Media, LLC,<br>    *Defendant*. | Civil No. 3:11CV605 (JBA) |

**ORDER OF REFERRAL**

This case is referred to Magistrate Judge Joan Glazer Margolis for ruling on all discovery and pending motion, including Doc. # 34

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut   March 16, 2012.