UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM M. KUTIK, | : | CASE NO.  3:11-CV-00605 (JBA) |
| Plaintiff, | : | |
| VS. | : | |
| SHAREDXPERTISE MEDIA, LLC , | : | |
| Defendant. | : | MARCH 16, 2012 |

## NOTICE OF APPEARANCE

To the Clerk of this Court and all parties of record:

    Please enter my appearance in the above captioned case as counsel for plaintiff,

WILLIAM M. KUTIK.   I certify that I am admitted to practice in this Court.

                      By:  /s/ Philip C. Pires
                             Philip C. Pires (ct28138)
                             1115 Broad Street
                             P.O. Box 1821
                             Bridgeport CT  06601
                             Telephone:  203-368-0211
                             Facsimile: 203-394-9901
                             E-Mail: ppires@cohenandwolf.com
                             *Attorney for Plaintiff*

## CERTIFICATION OF SERVICE

I hereby certify that on March 16, 2012, a copy of the foregoing Notice of Appearance was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                /s/ Philip C. Pires
                                                  Philip C. Pires