# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM M. KUTIK | : | |
| Plaintiff, | : | Civil Action No. 3:11-CV-00605-JBA |
| v. | : | |
| SHAREDXPERTISE MEDIA, LLC, | : | |
| Defendant. | : | |

## DECLARATION OF STEWART I. EDELSTEIN REGARDING EXHIBITS TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S EMERGENCY MOTION FOR AN "ATTORNEY'S EYES ONLY" PROTECTIVE ORDER

STEWART I. EDELSTEIN does hereby depose and say:

1. I am over 21 years of age and am competent to make this Declaration.

2. I am the attorney of record for William M. Kutik in the above-captioned case.

3. Exhibit A to Plaintiff's Opposition to Defendant's Emergency Motion for an "Attorney's Eyes Only" Protective Order is from Defendant's "HRO Today Forum" website.

4. Exhibits B and C to Plaintiff's Opposition to Defendant's Emergency Motion for an "Attorney's Eyes Only" Protective Order is from Defendant's "HRO Today" website.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: March 27, 2012

_____
Stewart I. Edelstein

# EXHIBIT A



- Home
- Register
- Program »
- Networking Events »
- Hotel & Travel
- Sponsors »
- Global Forums »
- Resources »

# Sponsors

# Premier



HRO Today Institute Workforce Congress Host



HRO Today Institute Workforce Congress Host





# Gold







HRO Today Institute Workforce Congress Host



HRO Today Institute Workforce Congress Host



**Raytheon**
**Professional Services** LLC

## Silver





## Bronze Sponsor

**HAYS** Recruiting experts worldwide

## Other Sponsors



**Event brought to you by:** 













## REGISTER

**REGISTER TODAY!**

## Countdown to the IdeasJam

## IdeasJam

**Learn More**

## SPONSORS

## PREMIER SPONSORS









## GOLD SPONSORS

  

  

  

  

**Raytheon
Professional Services LLC**

## SILVER SPONSORS

      

SEVENSTEP  ORACLE®

## OTHER SPONSORS

  

**Event brought to you by:**

    

SHAREDXPERTISE®

# News

- 5 Days and 17 Hours until the ...
- Disney looks to Hire 1,000 Veterans
- Don't miss out! Global IdeasJa...
- Global IdeasJam on March 22nd will shape HRO in 2012
- Check it out! @HROToday Forum ...

## Twitter Feed

- 5 Days and 17 Hours until the Global IdeasJam! Read about it at http://t.co/FpESswBp. @HROToday @HROTodayEU @HROTodayAP #HumanResources 3 days ago
- Don't miss out! Global IdeasJam on March 22nd will shape HRO in 2012 : http://t.co/2mbsle2K @HROTodayEU @HROTodayAP #HumanResources #HR 5 days ago
- Check it out! @HROToday Forum to Host Panel on Where Do Jobs Come from: The Birds & Bees of Labor Flows & Job Creation http://t.co/QcixjYLe 6 days ago
- More updates...

## About

At the HRO Today Forum, under one roof, we will convene a series of consequential conversations in the HRO Summit, RPO Summit, MSP Summit, and HR DemoShow. Though housed within the Forum, each Summit is an event unto itself, with specific case studies, workshops, and outcomes. The Forum will also include "big picture" topics that cover the entire HR leadership, executive management, and operations waterfronts in joint keynote sessions.

## Archives

- March 2012 (21)
- February 2012 (42)
- January 2012 (30)
- December 2011 (6)
- November 2011 (3)
- October 2011 (8)
- August 2011 (2)
- July 2011 (4)
- June 2011 (1)
- May 2011 (1)
- April 2011 (7)
- March 2011 (1)
- February 2011 (5)
- January 2011 (1)
- February 2001 (1)

## Contact

SharedXpertise Media LLC
343 Thornall Street, Suite 515
Edison, NJ 08837
+ 1 732-476-6160 (phone)
+1 732-476-6155 (fax)

**For Sponsorship Opportunities:**
Gale Tedeschi at Gale.Tedeschi@SharedXpertise.com

**For Registration or Program Questions:**
Theresa Tronolone at Theresa.Tronolone@SharedXpertise.com

 Follow us

© 2010 SharedXpertise. All Right Reserved.

- Home
- About Us
- Sponsorship Opportunities
- Contact

# EXHIBIT B

SharedXpertise    HRO Today    HRO Today Global    CR Magazine    Talent Management Technology

Search

# HRO TODAY
Where Business Leaders Make HR decisions

Home    Topics    Magazine    HRO Today Forum    Resources    About HRO Today

Login/Register

Home » Resources » HRO Today Resource Guide

## HRO Today Resource Guide

**HRO Today Blog**



Industry Leaders Speak Out on Our Blog Roll

**Thought-Leadership Center**



Join thousands of other companies and get listed in our business directory, with full contact details and links to your website.

**Podcast**



Listen and watch our library of audio and video pedcasts

**ADP Acquires The RightThing**

7:21 minutes (3.36 MB) A discussion with Terrence McCrossan, Vice President of ADP National Account Services and Andy Spriggs, Chief Development and Strategy Officer, The RightThing on the recent deal.

Plus! An exclusive interview with Terrence McCrossan, division vice president of strategy for ADP on TMT. Read more »

**Webinars**

Access our Library of Webinars



Home | Current Issue | Archive | Resource Directory | Subscribe | Reprints | About Us | Contact Us | Privacy Policy | Site Map | Help

Copyright © 2009 SharedXpertise Media, LLC. All rights reserved.
SharedXpertise Media, LLC, 343 Thornall Street, 6th floor Edison, New Jersey 08837

Welcome to the HRO Today Resource Guide, the leading site for information on HR outsourcing, services and technology. If you are interested in a free referral for an RFI, please click here and list the category of service or technology that interests you and a member of our staff will contact you.

Please click the logos below to visit our featured providers' sites filled with educational information, white papers and important resources about the HRO, RPO and HR services and technology industry:

# HRO Today | Featured Providers











---

**For categorized alphabetical resource listings please click here.**

31222 reads

# EXHIBIT C

SharedXpertise    HRO Today    HRO Today Global    CR Magazine    Talent Management Technology          Search



**HRO**TODAY

Where Business Leaders Make HR decisions

Home    Topics    Magazine    HRO Today Forum    Resources    About HRO Today                    Login/Register

Home » Resources » HRO Today Resource Guide

**HRO Today Resource Guide**

**HRO Today Blog**

Industry
Leaders
Speak Out on
Our Blog Roll

**Thought-Leadership
Center**

Join
thousands of
other
companies
and get listed
in our
business directory, with full
contact details and links to
your website.



**Podcast**

Listen and
watch our
library of audio
and video
podcasts

**ADP Acquires The
RightThing**



7:21 minutes (3.36 MB)
A discussion with Terrence
McCrossan, Vice President of
ADP National Account Services
and Andy Spriggs, Chief
Development and Strategy
Officer, The RightThing on the
recent deal.

Plus! An exclusive interview
with Terrence McCrossan,
division vice president of
strategy for ADP on TMT.
Read more »

**Webinars**

Access our
Library of
Webinars



Home  |  Current Issue  |  Archive  |  Resource Directory  |  Subscribe  |  Reprints  |  About Us  |  Contact Us  |  Privacy Policy  |  Site Map  |  Help

Copyright © 2009 SharedXpertise Media, LLC. All rights reserved.
SharedXpertise Media, LLC, 343 Thornell Street, 5th floor Edison, New Jersey 05837

Looking for a HRO service provider, sourcing consultant, or legal advisor?

The HRO Today Resource Guide has almost 1,500 listings, representing more than 1,000 companies in 18 different HRO categories. Search for a provider based on HRO services offered or by company name. Each listing includes company name, url, contact information, a brief description, and list of services provided.

You can search for a provider by company name or types of HR services offered. Each listing includes the company name, url, contact, description, services provided, company size, geographic footprint, ideal client size and industries of specialty.

Search for a provider by HRO Services:        OR search for a provider by Company Name:

| Benefits Consulting |   |

[ SEARCH ]          [ SEARCH ]

Service Providers:
To ADD your company to the directory, click here.
To UPDATE your listing, go to your listing in the Guide & click the update link.

*Listings are free but descriptions and services will be reviewed for editorial accuracy.*

*Updates will not take effect immediately, if you have updated your listing please check back on October 1st. All questions should be directed to the editorial staff at info@crossingmedia.com.*

HRO Today Readers:
Check out our HRO Europe

Case 3:11-cv-00605-JBA   Document 40-1   Filed 03/27/12   Page 18 of 18

31222 reads