UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK | Case No. 3:11-cv-00605-JBA |
| Plaintiff, | |
| v. | |
| SHAREDXPERTISE MEDIA, LLC, | April 2, 2012 |
| Defendant. | |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO REPLY ON MOTION FOR ATTORNEYS' EYES ONLY PROTECTIVE ORDER**

Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully moves for an extension of time to until April 5, 2012 to submit its reply on SharedXpertise's Emergency Motion for an Attorneys' Eyes Only Protective Order [Dkt. #34]. The parties previously had agreed that SharedXpertise would serve its reply four business days after plaintiff served his opposition (April 2, 2012), but Plaintiff's counsel has consented to this request. Good cause exists for the motion because defense counsel is transitioning to his new law firm and the time limitation in question cannot reasonably be met despite the diligence of the defendant. This is the first request to extend this deadline.

Respectfully submitted,

/s/ Eric C. Osterberg
Eric C. Osterberg (ct22679)
Osterberg LLC
12 Bald Hill Road
Wilton, CT  06897
Tel: (203) 550-2172
eosterberg@osterbergllc.com
*Attorney for Defendant SharedXpertise Media LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 2, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                      /s/ Eric C. Osterberg
                                      Eric C. Osterberg