UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>　　　　Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br>April 5, 2012 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO MOTION TO DISQUALIFY COUNSEL**

　　Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully moves for a one-week extension of time – from April 5, 2012 to April 12, 2012 -- to file its response to the motion to disqualify Fox Rothschild LLP [Dkt. #35] filed by plaintiff William M. Kutik. Plaintiff's counsel consents to this request.  Good cause exists for the motion because undersigned counsel has left Fox Rothschild, but another Fox Rothschild attorney will enter an appearance, serve as co-counsel on the case with the undersigned, and oppose the motion on behalf of Fox Rothschild.  Therefore, the current response deadline cannot reasonably be met despite the diligence of SharedXpertise and its counsel.  This is the first request to extend the deadline.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Eric C. Osterberg
　　　　　　　　　　　　　　　　　　　Eric C. Osterberg (ct22679)
　　　　　　　　　　　　　　　　　　　Osterberg LLC
　　　　　　　　　　　　　　　　　　　12 Bald Hill Road
　　　　　　　　　　　　　　　　　　　Wilton, CT  06897
　　　　　　　　　　　　　　　　　　　Tel: (203) 550-2172
　　　　　　　　　　　　　　　　　　　eosterberg@osterbergllc.com
　　　　　　　　　　　　　　　　　　　*Attorney for Defendant SharedXpertise Media, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 5, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                                                      /s/ Eric C. Osterberg
                                                      Eric C. Osterberg