UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>Plaintiff,<br><br>v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br>April 5, 2012 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PROTECTIVE ORDER**

Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully moves for a one-week extension of time – from April 5, 2012 to April 12, 2012 -- to file its response to the motion for protective order [Dkt. #36] filed by plaintiff William M. Kutik ("Kutik"). Plaintiff's counsel consents to this request. Good cause exists for the motion because counsel are negotiating an agreement they hope will resolve the issues raised by the motion. This is the first request to extend the deadline.

Respectfully submitted,

/s/ Eric C. Osterberg
Eric C. Osterberg (ct22679)
Osterberg LLC
12 Bald Hill Road
Wilton, CT  06897
Tel: (203) 550-2172
eosterberg@osterbergllc.com
*Attorney for Defendant SharedXpertise Media, LLC*

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 5, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ Eric C. Osterberg  
                                                        Eric C. Osterberg