UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>　　　　Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br><br>April 12, 2012 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PROTECTIVE ORDER**

　　　　Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully moves for a one-week extension of time – from April 12, 2012 to April 19, 2012 -- to file its response to the motion for protective order [Dkt. #36] filed by plaintiff William M. Kutik ("Kutik").  Plaintiff's counsel consents to this request.  Good cause exists for the motion because counsel continue to negotiate an agreement they hope will resolve the issues raised by the motion.  This is the second request to extend the deadline.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Eric C. Osterberg
　　　　　　　　　　　　　　　　　　　　Eric C. Osterberg (ct22679)
　　　　　　　　　　　　　　　　　　　　Osterberg LLC
　　　　　　　　　　　　　　　　　　　　1266 East Main Street
　　　　　　　　　　　　　　　　　　　　Suite 700R
　　　　　　　　　　　　　　　　　　　　Stamford, CT  06902
　　　　　　　　　　　　　　　　　　　　Tel: (203) 539-6135
　　　　　　　　　　　　　　　　　　　　eosterberg@osterbergllc.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant SharedXpertise Media, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 12, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Eric C. Osterberg
Eric C. Osterberg