UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

CASE NO. 3:11-CV-00605 (JBA)

| | |
|---|---|
| WILLIAM M. KUTIK, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| SHAREDXPERTISE MEDIA, LLC, | ) ) |
| Defendant. | )   APRIL 18, 2012 |
| _____ | ) |

**WITHDRAWAL OF MOTION FOR PROTECTIVE ORDER**
<u>**WITHOUT PREJUDICE**</u>

William M. Kutik, the plaintiff in the above-captioned case, hereby withdraws his Motion for Protective Order dated and filed March 15, 2012 (No. 36), without prejudice to renewing that motion.

THE PLAINTIFF,
WILLIAM M. KUTIK

By: <u>/s/ Stewart I. Edelstein</u>
Stewart I. Edelstein, Esq.
Federal Bar No. ct06021
Cohen and Wolf, P.C.
1115 Broad Street
Bridgeport, CT 06604
(203) 368-0211

**ORAL ARGUMENT NOT REQUESTED**

**CERTIFICATION OF SERVICE**

I hereby certify that on April 18, 2012, a copy of the foregoing Withdrawal of Motion for Protective Order Without Prejudice was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                            /s/ Stewart I. Edelstein
                                               Stewart I. Edelstein