UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK, | CASE NO. 3:11-CV-00605 (JBA) |
| Plaintiff, | |
| vs. | |
| SHAREDXPERTISE MEDIA, LLC, | |
| Defendant. | APRIL 30, 2012 |

## STATUS REPORT

In compliance with the Court's Scheduling Order dated January 31, 2012, counsel for plaintiff, William M. Kutik, provides the court with this status report.

Mr. Kutik brought this action by complaint dated and filed April 15, 2011. Eric C. Osterberg, of Osterberg, LLC, Amit Shah, of Fox Rothschild, LLP, and Robert C. Clothier, of Fox Rothschild, LLP, filed their appearances for Defendant SharedXpertise Media, LLC ("SharedXpertise"). SharedXpertise filed its answer and affirmative defenses on June 15, 2011.

On June 15, 2011, SharedXpertise filed a motion to transfer this action to the United States District Court for the District of New Jersey. Mr. Kutik filed a motion to extend the time to reply to that motion until 30 days after the Florida court ruling on a motion to transfer a related action that LRP Publications, Inc. and Todd Lutz brought

1

against SharedXpertise in the United States District Court for the Southern District of Florida, Case No. 11-80395-CIV.  On July 11, 2011, this Court granted that motion.  On December 15, 2011, The Honorable Kenneth Marra denied SharedXpertise's motion to transfer that Florida action. On January 3, 2012, SharedXpertise withdrew its motion to transfer this Connecticut action.

On January 5, 2012, the Court entered a scheduling order, requiring the parties to file their Rule 26(f) report by January 17, 2012.  The parties complied on January 17, 2012.  On February 1, 2012, the Court issued a scheduling order.  The same day, the Court referred his case to Magistrate Judge Margolis for settlement.

On March 13, 2012, SharedXpertise filed an emergency motion for protective order.  On March 15, 2012, Mr. Kutik filed a motion to disqualify Fox Rothschild counsel for SharedXpertise.  The Court has not yet ruled on that motion.  The settlement conference has been postponed until after a ruling on that motion.

On April 25, 2012, Magistrate Judge Margolis granted in part and denied in part SharedXpertise's motion for an "attorney's eyes only" protective order.

If the Court does not rule on the pending motion to disqualify by June 1, 2012, then on or before June 8, 2012 counsel must file a joint status report regarding any significant developments in this case and in the related Florida case, particularly with respect to discovery.

The parties have served interrogatories and document requests on each other, but have not taken depositions, pending the ruling on the motion to disqualify.  Briefing on that motion is complete.

                                          COHEN AND WOLF, P.C.

                                            /s/ Stewart I. Edelstein
                                          Stewart I. Edelstein (ct06021)
                                          sedelstein@cohenandwolf.com
                                          1115 Broad Street
                                          P.O. Box 1821
                                          Bridgeport, CT 06601
                                          Telephone: (203) 337-4144
                                          Facsimile: (203) 394-9901

                                          *Attorneys for Plaintiff William M. Kutik*

*Of Counsel:*

PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

## **CERTIFICATION OF SERVICE**

I hereby certify that on April 30, 2012, a copy of the foregoing Status Report was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                    /s/ Stewart I. Edelstein
                                                      Stewart I. Edelstein