UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>          Plaintiff,<br><br>     v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>          Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br>April 30, 2012 |

**SHAREDXPERTISE'S STATUS REPORT**

Pursuant to the Court's February 1, 2012 Scheduling Order (Dkt. #26) Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully confirms that the status of this matter is as reported by plaintiff William Kutik ("Kutik"), except adds the following. The parties have responded to each other's written discovery, SharedXpertise has produced certain documents to Kutik, and the parties continue to meet and confer concerning Kutik's responses to SharedXpertise's written discovery. The parties have sought to coordinate discovery in this case with discovery in the Southern District of Florida case filed by LRP Publications against SharedXpertise, Case No. 9:11-cv-80395. On April 19, 2012 this Court granted the parties' joint motion and stayed the discovery deadlines set forth in the Scheduling Order pending a ruling on Kutik's motion to disqualify Fox Rothschild LLP (*sub judice*), and SharedXpertise's motion for protective order (decided 4/25/2012). The Florida court similarly has stayed discovery deadlines in that case pending adjudication of outstanding motions there and here. SharedXpertise expects that once disputed issues are resolved in both cases the parties promptly will complete written discovery and depositions in both cases, in a coordinated manner. Attorneys from the Proskauer

2

Rose firm have advised that they represent Kutik in this matter and will be filing appropriate *pro hac vice* applications and/or appearances promptly.

                                          Respectfully submitted,

                                          /s/ Eric C. Osterberg
                                          Eric C. Osterberg (ct22679)
                                          Osterberg LLC
                                          1266 East Main Street, Suite 700R
                                          Stamford, CT  06902
                                          Tel: (203) 539-6135
                                          eosterberg@osterbergllc.com
                                          *Attorney for Defendant SharedXpertise Media LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Eric C. Osterberg
                                          Eric C. Osterberg