UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Kutik,
    Plaintiff,

v.

Sharedxpertise Media,
    Defendants.

Civil No. 3:11cv605 (JBA)

### ORDER OF REFERRAL

This matter is referred to Magistrate Judge Margolis the purpose of ruling on Doc. # 35.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:** <u>May 04, 2012</u>