UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kutik,<br>    Plaintiff,<br><br>v.<br><br>Sharedxpertise Media,<br>    Defendants. | Civil No. 3:11cv605 (JBA) |

ORDER OF REFERRAL

This matter is referred to Magistrate Judge Margolis the purpose of ruling on Doc. # 35.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 04, 2012