UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Kutik,<br>    Plaintiff,<br><br>v<br><br>Sharedxpertise,<br>    Defendant. | Civil No. 3:11cv605  (JBA) |

ORDER REVOKING ORDER OF REFERRAL

The Order of Referral to Magistrate Judge Margolis for ruling on motion to disqualify counsel is hereby revoked.

IT IS SO ORDERED.

/s/
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: May 07, 2012