UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>　　　　　Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br>November 23, 2012 |

**JOINT MOTION TO EXTEND DEADLINE TO FILE SUPPLEMENTAL RULE 26(f) REPORT TO DECEMBER 3, 2012**

The parties respectfully request that the deadline to file a supplemental Rule 26(f) report be extended to until December 3, 2012.

Scheduling deadlines in this case, and the companion case pending in the Southern District of Florida between LRP Publications and SharedXpertise, have been stayed pending this Court's ruling on plaintiff's motion to disqualify the Fox Rothschild firm. (*See* Dkt. # 74.) In the order staying the scheduling deadlines, the Court required the parties to file a supplemental Rule 26(f) report within 5 days of the Court's ruling on the motion to disqualify. (*Id.*) The Court denied the motion to disqualify on Tuesday November 20, 2012.

The intervening Thanksgiving holiday has made it difficult for the parties to coordinate among clients, counsel, and counsel in the Florida case. Extending the deadline will enable the parties to obtain input from all of the foregoing, to propose a schedule that will allow pre-trial work in this case to be completed in a timely manner, and to coordinate the new schedule with the schedule to be proposed in the Florida case.

Respectfully submitted,

| COHEN AND WOLF, P.C. | OSTERBERG LLC |
|---|---|
| /s/ Stewart I. Edelstein | /s/ Eric C. Osterberg |
| Stewart I. Edelstein (ct06021) | Eric C. Osterberg (ct22679) |
| sedelstein@cohenandwolf.com | eosterberg@osterbergllc.com |
| 1115 Broad Street | 1266 East Main Street |
| P.O. Box 1821 | Suite 700R |
| Bridgeport, CT 06601 | Stamford, CT 06902 |
| Telephone: (203) 337-4144 | Tel: (203) 539-6135 |
| Facsimile: (203) 394-9901 | *Attorney for Defendant SharedXpertise Media LLC* |
| *Attorneys for Plaintiff William M. Kutik* | |

**CERTIFICATE OF SERVICE**

  I hereby certify that on November 23, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                /s/ Eric C. Osterberg
                Eric C. Osterberg