UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>  Plaintiff,<br><br>  v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>  Defendant. | Case No. 3:11-cv-00605-JBA<br><br><br><br>December 3, 2012 |

**SUPPLEMENTAL RULE 26(F) REPORT**

Pursuant to the Court's May 7, 2012 Order staying discovery deadlines and ordering the parties to submit a supplemental following resolution of plaintiff's motion to disqualify the Fox Rothschild firm (Dkt. #74), and the extension of time to submit this report allowed by the Court on November 27, 2012 (Dkt. #89), the parties respectfully submit this supplemental 26(f) report proposing a revised schedule for completion of discovery and preparation for trial.

**Discovery**

All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by May 17, 2013.

Plaintiff requires discovery before it can evaluate whether it will call expert witnesses at trial. Plaintiff will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by March 1, 2013. Depositions of any such experts will be completed by May 17, 2013.

Defendant does not intend to call expert witnesses at trial other than to rebut any plaintiff expert. Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by April 1, 2013.  Depositions of such

experts will be completed by May 17, 2013.

A damages analysis will be provided by any party who has a claim or counterclaim for damages by April 30, 2013.

**Dispositive Motions**

After a pre-filing conference any dispositive motions will be filed on or before June 18, 2013.

**Trial Readiness and Joint Trial Memorandum**

If dispositive motions are filed, the parties will be trial ready by November 4, 2013.  The parties' Joint Trial Memorandum will be filed 30 days after the Court's ruling on dispositive motions.

If no dispositive motions are filed, the parties' Joint Trial Memorandum Forms will be due August 5, 2013 and the parties will be trial ready by September 16, 2013.


Respectfully submitted,

| COHEN AND WOLF, P.C. | OSTERBERG LLC |
|---|---|
| /s/ Stewart Edelstein<br>Stewart I. Edelstein (ct06021)<br>sedelstein@cohenandwolf.com<br>1115 Broad Street<br>P.O. Box 1821<br>Bridgeport, CT 06601<br>Telephone: (203) 337-4144<br>Facsimile: (203) 394-9901<br>*Attorneys for Plaintiff William M. Kutik* | /s/ Eric Osterberg<br>Eric C. Osterberg (ct22679)<br>eosterberg@osterbergllc.com<br>1266 East Main Street<br>Suite 700R<br>Stamford, CT  06902<br>Tel: (203) 539-6135<br>*Attorney for Defendant SharedXpertise Media LLC* |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 3, 2012, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by cooperation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

                                                        /s/ Eric C. Osterberg  
                                                        Eric C. Osterberg