AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

District of __Connecticut__

**William M. Kutik,**
*Plaintiff(s)*

VS.

**Sharedxpertise Media, LLC,**
*Defendant(s)*

**APPEARANCE**

CIVIL ACTION NO. 3:11-CV-00605 (MDS)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

William M. Kutik

I certify that I am admitted to practice in this court.

February 15, 2013
*Date*

*Signature*

Stuart M. Katz, Esq.                                ct12088
*Print Name*                                         *Bar Number*

COHEN AND WOLF, P.C.
1115 Broad Street, P.O. Box 1821
*Address*

Bridgeport            CT             06601-1821
*City*              *State*              *Zip Code*

(203) 368-0211                            (203) 394-9901
*Phone Number*                              *Fax Number*