UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK, | : |
| Plaintiff, | : Civil Action No. 3:11-CV-00605-MPS |
| v. | : |
| SHAREDXPERTISE MEDIA, LLC, | : |
| Defendant. | : February 15, 2013 |

**PLAINTIFF WILLIAM M. KUTIK'S MOTION FOR AN "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER**

Pursuant to Fed. R. Civ. P. 26(c), Plaintiff William M. Kutik ("Kutik"), by his undersigned counsel, respectfully moves this Court for entry of a protective order (i) limiting the disclosure of Mr. Kutik's highly proprietary and commercially sensitive information to outside counsel and experts only (an "Attorneys' Eyes Only" order) and (ii) sustaining Mr. Kutik's redaction of the dollar amount of certain future compensation Mr. Kutik is entitled to under a "Rabbi Trust" agreement with LRP, which is not relevant to the calculation of damages or any other issue in the case.

In support of this motion, Kutik respectfully refers this Court to the accompanying Memorandum of Law and Declaration of William M. Kutik.  Counsel's certification that she conferred with Defendant's counsel prior to filing this motion is included in the accompanying Declaration of Jenifer deWolf Paine.

Dated: February 15, 2013           Respectfully Submitted:

                                   COHEN AND WOLF, P.C.

                                      /s/ Stuart M. Katz
                                   Stewart I. Edelstein (ct06021)

                                                Stuart M. Katz (ct12088)
                                                sedelstein@cohenandwolf.com
                                                skatz@cohenandwolf.com
                                                1115 Broad Street
                                                P.O. Box 1821
                                                Bridgeport, CT 06601
                                                Telephone: (203) 337-4144
                                                Facsimile: (203) 394-9901

                                                *Attorneys for Plaintiff William M. Kutik*

*Of Counsel:*

PROSKAUER ROSE LLP
Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900

**CERTIFICATION OF SERVICE**

I hereby certify that on February 15, 2013, a copy of the foregoing was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                          /s/ Stuart M. Katz
                                          Stuart M. Katz, Esq.