UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK  <br><br>  Plaintiff,  <br><br>  v.  <br><br>  SHAREDXPERTISE MEDIA, LLC,  <br><br>  Defendant. | Civil Action No. 3:11-CV-00605-MPS |

**DECLARATION OF JENIFER deWOLF PAINE IN SUPPORT OF PLAINTIFF WILLIAM M. KUTIK'S MOTION FOR AN "ATTORNEYS' EYES ONLY" PROTECTIVE ORDER**

JENIFER deWOLF PAINE does hereby depose and say:

1. I am over 21 years of age and am competent to make this Declaration.

2. I am an attorney of record for William M. Kutik in the above-captioned case.

3. On January 24, 2013, I produced documents responsive to Defendant SharedXpertise Media, LLC's ("SharedXpertise") First Request for Production of Documents, Electronically Stored Information and Things to Plaintiff William Kutik.

4. The following documents were produced on a "Highly Confidential – Attorneys' Eyes Only" basis: 1) Mr. Kutik's 2009, 2010, and 2011 income tax 1099 forms from LRP; 2) Mr. Kutik's 2010 Consulting Agreement with LRP; 3) Mr. Kutik's 2010-2020 Consulting Agreement with LRP; and 4) Mr. Kutik's "Rabbi Trust" Agreement with LRP. The "Rabbi Trust" Agreement was produced with redactions of irrelevant information.

5. On February 6, 2013, SharedXpertise's counsel indicated that SharedXpertise

would not accept the documents on a "Highly Confidential – Attorneys' Eyes Only" basis.  SharedXpertise's counsel advised that Mr. Kutik should seek a protective order if Mr. Kutik would not reconsider the "Attorneys' Eyes Only" designation and redactions.

    Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 15, 2013

_____
Jenifer deWolf Paine

## **CERTIFICATION OF SERVICE**

I hereby certify that on February 15, 2013, a copy of the foregoing Declaration of Jenifer deWolf Paine was filed electronically.

Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing.

Parties may access the foregoing filings and this Certification of Service through the Court's system.

                                                   /s/ Stuart M. Katz
                                                   Stuart M. Katz, Esq.