UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM M. KUTIK<br><br>   Plaintiff,<br><br>v.<br><br>SHAREDXPERTISE MEDIA, LLC,<br><br>   Defendant. | Case No. 3:11-cv-00605-MPS<br><br><br><br>February 21, 2013 |

**MOTION ON CONSENT FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR PROTECTIVE ORDER**

  Defendant SharedXpertise Media, LLC ("SharedXpertise") respectfully moves for a two-week extension of time – from March 8, 2013 to March 22, 2013 -- to file its response to the motion to for protective order [Dkt. #93] filed by plaintiff William M. Kutik.  Plaintiff's counsel consents to this request.  Good cause exists for the extension because the parties have agreed to mediate their dispute on March 7, 2013.  If the mediation is successful, the motion will become moot.  This is the first request to extend the deadline.

                Respectfully submitted,

                /s/ Eric C. Osterberg
                Eric C. Osterberg (ct22679)
                Osterberg LLC
                12 Bald Hill Road
                Wilton, CT  06897
                Tel: (203) 550-2172
                eosterberg@osterbergllc.com
                *Attorney for Defendant SharedXpertise Media, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 21, 2013, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.  Parties may access this filing through the Court's CM/ECF System.

                                          /s/ Eric C. Osterberg
                                          Eric C. Osterberg